**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JAMES TATE**                                                                                   **PLAINTIFF**

**v.**                          **CASE NO. 3:10CV00296 BSM**

**QUAD/GRAPHICS, INC.,**
**DAVID MCCARTHEY and**
**CHARLIE KRATTS**                                                              **DEFENDANTS**

<u>**ORDER**</u>

Pursuant to the Joint Stipulation of Dismissal [Doc. No. 71] filed by the parties, this

case is hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and

costs.

IT IS SO ORDERED this 4th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE